| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>JUSTIN L. LEE<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br><br>Attorneys for Plaintiff<br>United States of America | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS RUMPH,<br><br>Defendant. | CASE NO. 2:18-CR-00108-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 12, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 12, 2018.

2. By this stipulation, defendant now moves to continue the status conference until August 23, 2018, and to exclude time between July 12, 2018, and August 23, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes police reports and the defendant's rap sheet. All of this discovery has been produced directly to counsel.

b) The defendant made his initial appearance in federal court on May 30, 2018.

c) On July 9, 2018, the United States and counsel for the defendant discussed the

1  case and the course of the proceedings.  Defense counsel desires additional time to review the
2  discovery, conduct research into the case, to discuss the case with his client, and otherwise
3  prepare for trial in this matter.

4       d)     Counsel for defendant believes that failure to grant the above-requested
5  continuance would deny him the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.

7       e)     The government does not object to the continuance.

8       f)     Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10 original date prescribed by the Speedy Trial Act.

11      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12 et seq., within which trial must commence, the time period of July 12, 2018, to August 23, 2018,
13 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
14 because it results from a continuance granted by the Court at defendant's request on the basis of
15 the Court's finding that the ends of justice served by taking such action outweigh the best interest
16 of the public and the defendant in a speedy trial.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 9, 2018                                   McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ JUSTIN L. LEE
                                                       JUSTIN L. LEE
                                                       Assistant United States Attorney


Dated:  July 9, 2018                                   /s/ PAUL IRISH
                                                       PAUL IRISH (as authorized on July 9, 2018)
                                                       Counsel for Defendant
                                                       THOMAS RUMPH


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10 day of July, 2018.



                                                       THE HONORABLE TROY L. NUNLEY
                                                       UNITED STATES DISTRICT JUDGE