HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org


Attorney for Defendant
THOMAS RUMPH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18:CR-00108-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET BRIEFING SCHEDULE |
| vs. | |
| THOMAS RUMPH, | Date: March 7, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Thomas Rumph, that the status conference, currently scheduled for March 7, 2019, be vacated and that a motion hearing be set for May 2, 2019 at 9:30 a.m.

The parties further stipulate and request the following briefing schedule:

March 28, 2019: Counsel for Mr. Rumph will file a motion to suppress evidence;

April 11, 2019: The government will file its opposition to the motion;

April 25, 2019: Counsel for Mr. Rumph will file a reply.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 2, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare], General Order 479, Local Code T4 based upon

-1-

| | |
|---|---|
| 1 | continuity of counsel and defense preparation, and 18 U.S.C. §3161(h)(1)(D)[pending pretrial |
| 2 | motion]. |

      Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 1, 2019               HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
THOMAS RUMPH

Dated: March 1, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 2, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, (Local Code T4) and 18 U.S.C. §3161(h)(1)(D) [pending pretrial motion]. It is further ordered the March 7, 2019 status conference shall be vacated and a motion hearing shall be set for May 2, 2019, at 9:30 a.m. The parties shall file briefing as follows:

March 28, 2019: Counsel for Mr. Rumph shall file the motion to suppress evidence;

April 11, 2019: The government shall file its opposition to the motion;

April 25, 2019: Counsel for Mr. Rumph shall file a reply.

Dated: March 5, 2019

Troy L. Nunley
United States District Judge